UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OTIS LINDER, JR., )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF LAKE FOREST, )<br>      Defendant. )<br>) | No. 14-cv-0258<br><br>Judge Harry D. Leinenweber |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Come Now Plaintiff, Otis Linder, Jr., and Defendant, City of Lake Forest, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and in accord with their settlement agreement, hereby stipulate that this action is voluntarily dismissed with prejudice. Except as otherwise agreed to by the parties, each party shall bear its own costs and attorneys' fees.

Dated: September 17, 2014

Respectfully Submitted,

/s/ John P. Madden
Attorney for Plaintiff
Mr. John P. Madden
O'Malley & Madden, P.C.
542 S. Dearborn St., Suite 660
Chicago, Illinois 60605
312-697-1382
jmadden@ompc-law.com

/s/ Lori A. Vanderlaan
Attorney for Defendant
Ms. Lori A. Vanderlaan
Best, Vanderlaan & Harrington
25 East Washington Street, Suite 800
Chicago, Illinois 60602
(312) 819-1100
lvanderlaan@bestfirm.com